AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA

United States District Court
Southern District of Texas
FILED

APR 27 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Lorenzo Antonio PAREDES-Lanuza
A074 278 745 Mexico
AKA Lorenzo James PAREDES, Lorenzo Ramirez PAREDES, Lorenzo Artemio PAREDES, Lorenzo PAREDES, Lorenzo PAREDES-Lunanza, Lorenzo Antonio PAREDES-Lanuza

**CRIMINAL COMPLAINT**

Case Number: B-18- MJ-404

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 26, 2018** in **Willacy** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in ~~Cameron~~ County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

*Willacy*

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Raymondville, Texas on April 26, 2018. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on October 20, 2017. The defendant was convicted of Poss of Methamphetamine on April 1, 2006. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had in his possession $110.00 USD at the time of apprehension.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Roman, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 27, 2018      at    Brownsville, Texas
Date                                      City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge         Title of Judge            Signature of Judge